EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Luis M. Polanco Ortiz | 2016 TSPR 238<br><br>196 DPR ____ |

Número del Caso: TS-9,107
             (CP-2015-11)


Fecha: 30 de noviembre de 2016


Abogado del Peticionario:

      Por derecho propio




Materia: Reinstalación al ejercicio de la abogacía.




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis M. Polanco Ortiz

TS-9107
(CP-2015-11)

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de noviembre de 2016.

Examinada la *Moción Solicitando Reinstalación* presentada el 21 de noviembre de 2016 por el Sr. Luis M. Polanco Ortiz, se reinstala al ejercicio de la abogacía.

Se le apercibe de que cualquier inobservancia futura estará sujeta a medidas disciplinarias más severas. Por otro lado, se reactiva la Queja Núm. AB-2010-159 que fuera archivada administrativamente tras su suspensión.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina